IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | NO.   MO:19-CR-00135 (01) |
| | § | |
| **ABELARDO MOLINA** | § | |

### ORDER

BEFORE THE COURT is Defendant's Motion for Compassionate Release – First Step Act Pursuant to 3582(c)(1)(A)(i) (Doc. 43) filed December 17, 2020.  To the extent the Defendant seeks a compassionate release under the First Step Act, his motion is **DISMISSED WITHOUT PREJUDICE** to the refiling the motion after he has exhausted his administrative remedies at the Bureau of Prisons.

It is further **ORDERED** that the Defendant's Motion to Appoint Counsel is **DENIED**.

The Clerk of the Court is directed to mail a copy of this Order to:

**Abelardo Molina, Jr.**
**Reg No. 36646-480**
**IAH Detention Facility**
**3400 FM 350 South**
**Livingston, TX 77351**

It is so **ORDERED**.

SIGNED this 22nd day of December, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE